

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00288-CR

**PHILIP H. MOSLEY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2014-931-C1**

## O R D E R

Appellant's motion for extension of time to file his motion for rehearing is granted.

Appellant's motion for rehearing is due March 13, 2017.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed February 22, 2017

